ORDER:
Motion granted.
Initial case management conference is rescheduled to July 9, 2012, at 10:30 a.m.

*s/ John S. Bryant*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LYONS MAGNUS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:12-0422 |
| | ) | |
| | ) | Judge Haynes/Bryant |
| v. | ) | |
| | ) | |
| KEVIN STEELE KEY, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE**

The parties, pursuant to Local Rule 16.01, move this Court for an order to reset the initial case management conference. On June 26, 2012, pro se defendant, Kevin S. Keys, called plaintiff's counsel to advise that he would not be available for the initial case management conference set for 10:30 a.m. on July 3, 2012.

**WHEREFORE,** the parties request that this Court grant this motion to reset the case management conference.

APPROVED FOR ENTRY:

DAVID RANDOLPH SMITH & ASSOCIATES

By: /s/*David Randolph Smith*
David Randolph Smith, TN BPR No. 011905
1913 21st Avenue South
Nashville, Tennessee 37212
(615) 742-1775
Fax: (615) 742-1223
drs@drslawfirm.com

*Counsel For Plaintiff*